179 So.2d 94

**Thomas HEATHCOCK**

v.

**STATE.**

1 Div. 320.

Supreme Court of Alabama.

Sept. 30, 1965.

HARWOOD, Justice.

Petition of Thomas Heathcock for certiorari to the Court of Appeals to review

and revise the judgment and decision in Heathcock v. State, 179 So.2d 93.

Writ denied.

LIVINGSTON, C. J., and LAWSON, GOODWYN, MERRILL and COLEMAN, JJ., concur.